IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Devoe Sr, John

Printed: 7/8/08

Case Number: 05 B 21479
Judge: Squires, John H
Filed: 5/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 28, 2008
Confirmed: July 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,485.27 |  |
| Secured: |  | 5,262.64 |
| Unsecured: |  | 6,828.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 694.00 |
| Trustee Fee: |  | 699.66 |
| Other Funds: |  | 0.00 |
| Totals: | 13,485.27 | 13,485.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 694.00 | 694.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 13,027.92 | 5,262.64 |
| 4. | RoundUp Funding LLC | Unsecured | 15,401.10 | 6,828.97 |
|  |  |  | $ 29,123.02 | $ 12,785.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 33.72 |
| 5.5% | 209.17 |
| 5% | 66.96 |
| 5.4% | 389.81 |
|  | $ 699.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

